1

2

3

4

5

6

7                UNITED  STATES  DISTRICT  COURT

8            CENTRAL  DISTRICT  OF  CALIFORNIA

9                   WESTERN  DIVISION

10

11  MICHAEL LEE,                    )   No. CV 10-04449-JVS (VBK)
                                    )
12              Petitioner,         )   ORDER (1) ACCEPTING AND ADOPTING
                                    )   THE REPORT AND RECOMMENDATION OF
13      v.                          )   THE UNITED STATES MAGISTRATE
                                    )   JUDGE, AND (2) DISMISSING THE
14  MATTHEW CATE,                   )   PETITION FOR WRIT OF HABEAS
                                    )   CORPUS
15              Respondent.         )
    _____)

16

17      Pursuant to 28 U.S.C. §636, the Court has made a de novo review

18  of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's

19  Motion to Dismiss, Petitioner's Opposition, Respondent's Reply to

20  Petitioner's Opposition, all of the records herein and the Report and

21  Recommendation of the United States Magistrate Judge ("Report").

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1   **IT IS ORDERED** that: (1) the Court accepts and adopts the Report

2  and Recommendation, (2) the Court declines to issue a Certificate of

3  Appealability ("COA");[1] and (3) Judgment be entered dismissing the

4  Petition with prejudice.

5

6  DATED: January 6, 2011    _____

7                            JAMES V. SELNA
                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14  _____

15   [1]   Under 28 U.S.C. §2253(c)(2), a Certificate of Appealability
    may issue "only if the applicant has made a substantial showing of the
16  denial of a constitutional right." Here, the Court has adopted the
    Magistrate Judge's finding and conclusion that the Petition is time-
17  barred.  Thus, the Court's determination of whether a Certificate of
    Appealability should issue here is governed by the Supreme Court's
18  decision in Slack v. McDaniel, 529 U.S. 473, 120 S. Ct. 1595 (2000),
    where the Supreme Court held that, "[w]hen the district court denies
19  a habeas petition on procedural grounds without reaching the
    prisoner's underlying constitutional claim, a COA should issue when
20  the prisoner shows, at least, that jurists of reason would find it
    debatable whether the petition states a valid claim of the denial of
21  a constitutional right and that jurists of reason would find it
    debatable whether the district court was correct in its procedural
22  ruling."  529 U.S. at 484.  As the Supreme Court further explained:
       "Section 2253 mandates that both showings be made before the
23     court of appeals may entertain the appeal.  Each component
       of the § 2253(c) showing is part of a threshold inquiry, and
24     a court may find that it can dispose of the application in
       a fair and prompt manner if it proceeds first to resolve the
25     issue whose answer is more apparent from the record and
       arguments." Id. at 485.
26  
27  Here, the Court finds that Petitioner has failed to make the
    requisite showing that "jurists of reason would find it debatable
28  whether the district court was correct in its procedural ruling."